# UNITED STATES DISTRICT COURT
for the

District of EASTERN DISTRICT

Division VA

Case No. 1:18 CV 1276
(to be filled in by the Clerk's Office)

AJT / IDD

MARK DOWNEY
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

STATE OF MI
WASHTENAW COUNTY, MI
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☒ Yes ☐ No



FILED
OCT 10 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MARK DOWNEY
Street Address: DRAWER 55
City and County: McLEAN VA 22101-0729 / FAIRFAX
State and Zip Code: VA 22101-0729
Telephone Number: 703-790-9433
E-mail Address: DOWNEYDATA @ NETZERO.NET

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
    Name: CURTIS HEDGER / WASHTENAW CTY MI
    Job or Title (if known): ATTY
    Street Address:
    City and County: WASHTENAW COUNTY / ANN ARBOR
    State and Zip Code: MI 48107-8645
    Telephone Number: —
    E-mail Address (if known): —

Defendant No. 2
    Name: Bill Schuette
    Job or Title (if known): ATTORNEY GENERAL - STATE OF MI
    Street Address: 525 W. Ottawa Street
    City and County: Lansing MI 30213
    State and Zip Code: MI 30213
    Telephone Number: —
    E-mail Address (if known): —

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

b. If the defendant is a corporation (GOVERNMENT)/STATE OF MI

The defendant, (name) WASHTENAW COUNTY, is incorporated under the laws of the State of (name) MI , and has its principal place of business in the State of (name) MI

Or is incorporated under the laws of (foreign nation) _____

and has its principal place of business in (name) _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$105M

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

TITLE 18
REAL ESTATE - ADA TITLE II, Color of Man, civil conspiracy

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/9/18

Signature of Plaintiff

Printed Name of Plaintiff    MARK DOWNEY

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
__Alexandria__ DIVISION

__MARK DOWNEY__
Plaintiff(s),

v.

__STATE OF MI__
__WASHTENAW COUNTY, MI__
Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

No attorney has prepared, or assisted in the preparation of __Complaint/Motions__
(Title of Document)

__MARK DOWNEY__
Name of *Pro Se* Party (Print or Type)

__[signature]__
Signature of *Pro Se* Party

Executed on: __10/5/18__ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)